**EXHIBIT "1"**

Electronically Filed
1/26/2022 4:06 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
MATTHEW W. HOFFMANN, ESQ.
Nevada Bar No. 9061
TYLER M. CRAWFORD, ESQ.
Nevada Bar No. 10559
ATKINSON WATKINS & HOFFMANN, LLP
10789 W. Twain Ave., Suite 100
Las Vegas, NV  89135
Telephone: 702-562-6000
Facsimile: 702-562-6066
Email: mhoffmann@awhlawyers.com
Email: tcrawford@awhlawyers.com
*Attorneys for Plaintiff*

CASE NO: A-22-847300-C
Department 21

# DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| WILHELMINA A. SOJOT, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WALMART, INC. d/b/a WALMART SUPERCENTER; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>Defendants. | CASE NO.:<br>DEPT. NO.:<br><br><br><br>**COMPLAINT** |

COMES NOW, Plaintiff, WILHELMINA A. SOJOT, by and through her counsel of record, ATKINSON WATKINS & HOFFMANN, LLP, and for her Complaint on file herein alleges as follows:

## I.

## GENERAL ALLEGATIONS

1. Plaintiff, WILHELMINA A. SOJOT (hereinafter referred to as "Plaintiff"), is, and at all times relevant herein was residing in Clark County, State of Nevada.

2. That the facts and circumstances that give rise to the subject lawsuit occurred in Clark County, Nevada.

3. That at all times relevant hereto, Defendant WALMART, INC. d/b/a WALMART SUPERCENTER (hereinafter referred to as "Defendant") is and was a foreign corporation, licensed to conduct business in the State of Nevada and/or incorporated in the State of Delaware, and that

the true names and capacities, whether individual, corporate, association or otherwise of the Defendants, DOES 1 through 10, and/or ROE CORPORATIONS I through X, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names.

4. That the identities of the Defendants, ROE CORPORATIONS I through V are unknown at this time and may be individuals, partnerships or corporations responsible for the operations, maintenance, scheduling, or day-to-day activities of the premises at or near 2310 E. Serene Ave., Las Vegas, Nevada, more commonly known as Walmart and/or Walmart Super Stores. Plaintiff alleges that each of the Defendants designated herein as ROE is responsible in some manner for the damages herein alleged. Plaintiff requests leave of the Court to amend this Complaint to name the Defendants specifically when their identities become known.

5. At all times mentioned, the Defendants were the owners and/or controllers of the premises and common areas at or near 2310 E. Serene Ave, Las Vegas, Nevada, more commonly known as Walmart and/or Walmart Super Stores.

6. That on or about July 24, 2020, Plaintiff was a patron of and/or permissive user of the property owned and/or controlled by Defendants.

7. That on or about July 24, 2020, Plaintiff was walking along the floor of Defendants' store when she encountered a foreign substance, which constituted a hidden defect/hazard. At said place and time, the Plaintiff slipped and fell, causing her to sustain serious bodily injuries.

8. That on or about July 24, 2020, Defendants, and/or their employees and/or agents, while in the course and scope of their employment and agency caused, knew of, had constructive knowledge of, or should have known of the foreign substance on the ground.

9. On or about July 24, 2020, Defendants, and/or their employees and/or agents, while in the course and scope of their employment and agency, negligently failed to control, operate, supervise, monitor, and maintain their premises in a safe and reasonable manner.

. . .

. . .

. . .

. . .

**II.**

**FIRST CLAIM FOR RELIEF**
**(Negligence)**

10. Plaintiff repeats and realleges each and every allegation contained in Paragraph 1 through 9 hereinabove and incorporates the same by reference as though fully set forth herein.

11. Defendants, as the landowner, owed Plaintiff a duty of reasonable care regarding conduct which created the risk or regarding conduct related to an artificial condition which posed a risk to Plaintiff.

12. Defendants caused, knew of, had constructive knowledge of, or should have known of the dangerous condition.

13. Defendants breached their duty to Plaintiff when they failed to conduct themselves with reasonable care regarding the aforementioned hidden defect/hazard.

14. Defendants' and/or their employees' and/or agents' negligence caused the Plaintiff to slip and fall due to a hidden defect/hazard on or about July 24, 2020, in Las Vegas, Nevada.

15. As a direct and proximate result of the Defendants' and/or their employees' and/or agents' conduct and negligence, Plaintiff has suffered severe personal injuries.

16. As a direct and proximate result of the Defendants' and/or their employees' and/or agents' conduct, Plaintiff was seriously injured and caused to suffer great pain of body and mind. Plaintiff's damages are in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

17. As a further direct and proximate result of Defendants' and/or their employees' and/or agents' conduct and negligence, Plaintiff has incurred expenses for medical care and treatment and will incur expenses for future medical care and treatment in an amount to be proven at trial.

18. As a further direct and proximate result of Defendants' and/or their employees' and/or agents' conduct and negligence, Plaintiff has and will continue to incur into the future pain and suffering and emotional distress, in an amount in excess of $15,000.00.

19. Plaintiff has been required to obtain the services of an attorney to prosecute this action, and, is, therefore entitled to reasonable attorney's fees and costs.

. . .

WHEREFORE, Plaintiff prays for Judgment of this Court as follows:

1. General damages in excess of $15,000.00;

2. Special damages in excess of $15,000.00;

3. Attorneys' fees and costs herein;

4. For such further relief as the Court deems proper.

DATED this __26th__ day of January, 2021.

                                           ATKINSON WATKINS & HOFFMANN, LLP

                                           */s/ Tyler M. Crawford, Esq.*
                                           MATTHEW W. HOFFMANN, ESQ.
                                           Nevada Bar No. 9061
                                           TYLER M. CRAWFORD, ESQ.
                                           Nevada Bar No. 10559
                                           10789 W. Twain Ave., Suite 100
                                           Las Vegas, NV  89135
                                           *Attorneys for Plaintiff*