**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILHELMINA A. SOJOT, | Case No.: 2:22-cv-00275-APG-DJA |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| WALMART, INC., | |
| Defendant | |

In light of defendant Walmart, Inc.'s response to the order to show cause (ECF No. 7),

I ORDER that the order to show cause (ECF No. 6) is satisfied, and I will not remand this action to the state court for lack of subject matter jurisdiction at this time.

DATED this 16th day of February, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE